IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Joyce Adeyinka | * | |
|     Plaintiff | | |
| | * | |
| vs. | | Civil Action No.  SAG-24-1129 |
| | * | |
| Olalekan Akintomide | | |
| | * | |
|     Defendant | | |

******

## **ORDER**

    This Court has reviewed this Complaint and does not see any basis for its exercise of subject matter jurisdiction.  This case appears to be between two citizens of Maryland and the amount in controversy does not exceed $75,000, which means that there is no basis for the exercise of diversity jurisdiction.  Moreover, the Complaint asserts only state law claims and does not present a federal question.  Plaintiff is ordered to show cause why this case should not be dismissed for lack of subject matter jurisdiction on or before **April 25, 2024**.

    SO ORDERED this 18th day of April, 2024.

                                                                  /s/
                                              Stephanie A. Gallagher
                                              United States District Judge